THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TODD JOHNSON, Appellant.

Submitted March 25, 2013; decided April 25, 2013

Motion for assignment of counsel granted and Steven Banks, Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.